IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARLOS CAREY, #245045, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:13-CV-884-TMH |
| ) | [WO] |
| ) | |
| WARDEN JONES, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# ORDER

The Magistrate Judge entered a Recommendation (Doc. 29) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted. Accordingly, it is

ORDERED that the Recommendation of the Magistrate Judge is hereby ADOPTED; the motion for preliminary injunction filed by Plaintiff is DENIED; and this case is referred back to the Magistrate Judge for additional proceedings.

Done this 23rd day of April, 2014.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE