IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARLOS CAREY, #245045, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:13-CV-884-TMH |
| | ) |
| | ) |
| WARDEN JONES, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

The Magistrate Judge entered a Recommendation (Doc. # 38) in this case to which no timely objections have been filed.  After a review of the Recommendation and an independent review of the record, the court finds that the Recommendation should be adopted.  Accordingly, it is ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, that Plaintiff's motion for preliminary injunction (Doc. # 31) is DENIED, and that this case is referred back to the Magistrate Judge for additional proceedings.

DONE this 28th day of May, 2014.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE